

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2017

No. 04-17-00321-CR, 04-17-00322-CR
04-17-00323-CR & 04-17-00324-CR

Logan **FIELD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A16292, A16292, A16293, A16294 & A16295
Honorable N. Keith Williams, Judge Presiding

# O R D E R

After we granted Appellant's first and second motions for extension of time to file the brief, Appellant's brief was due on November 15, 2017. *See* TEX. R. APP. P. 38.6(a). On the due date, Appellant filed a third motion for an extension of time—for counsel to discuss the case with Appellant and, preferably, to arrange for Appellant to file a motion to dismiss these appeals.

Appellant's motion is GRANTED. We ORDER Appellant to file a motion to dismiss these appeals or another responsive motion not later than December 1, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court